EDWARD SCHAFER, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of GRACE B. SIMMS to Construe the Will of ROBERT J. HORNER, Deceased. In the Matter of the Application of THE NEW YORK TRUST COMPANY and Another, as Executors and Trustees, etc., of ROBERT J. HORNER, Deceased.— Decree affirmed, with costs to all parties separately appearing and filing briefs on this appeal, payable out of the estate. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

BERTHA ROSENZWEIG, as Executrix, etc., of MORRIS ROSENZWEIG, Deceased, Appellant, v. RUDOLPH BECK, Respondent.— Judgment reversed and order of November 13, 1922, affirmed, upon the authority of *Levine* v. *Moskowitz* [*ante*, p. 194], decided herewith. Plaintiff stayed from taking any further proceedings until she has submitted to the examination provided for in said order of November 13, 1922. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HAROLD R. SPENCER, Respondent, v. STANDARD CHEMICALS AND METALS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.